IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-00829-RJC-DCK

| | |
|---|---|
| JODY BIERD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BOY SCOUTS OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission to Practice *Pro Hac Vice*" (Document No. 3) filed by Kelly S. Hughes, concerning L. Gray Geddie, Jr. on January 4, 2013. L. Gray Geddie, Jr. seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission to Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED.** L. Gray Geddie, Jr. is hereby admitted *pro hac vice* to represent Defendant.

Signed: January 10, 2013

David C. Keesler
United States Magistrate Judge