IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-00829-RJC-DCK

| | |
|---|---|
| JODY BIERD, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| BOY SCOUTS OF AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 4) filed by Kelly S. Hughes, concerning Phillip A. Kilgore on January 4, 2013. Phillip A. Kilgore seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Phillip A. Kilgore is hereby admitted *pro hac vice* to represent Defendant.

Signed: January 10, 2013

David C. Keesler
United States Magistrate Judge